UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-CR-399-KJD-(GWF) |
| Plaintiff, | ) |
| v. | ) Preliminary Order of Forfeiture |
| DAVID BERGSTROM, | ) |
| Defendant. | ) |

This Court finds that defendant David Bergstrom pled guilty to Counts Two, Seven, Nine, and Eleven of a Thirty-Eight-Count Indictment charging him in Counts Two, Seven, Nine, and Eleven with Wire Fraud in violation of Title 18, United States Code, Section 1343. Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds defendant David Bergstrom agreed to the imposition of the in personam criminal forfeiture money judgment of $212,362.32 set forth in the Plea Agreement, not to be held jointly and severally liable with any codefendants. Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1343, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense and (2) any real or personal property constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of Title 18, United States Code, Section

1343, or of a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

This Court finds that David Bergstrom shall pay an in personam criminal forfeiture money judgment of $212,362.32 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from David Bergstrom an in personam criminal forfeiture money judgment of $212,362.32.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 19th day of Oct, 2016.

_____
UNITED STATES DISTRICT JUDGE