

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-399-KJD-(GWF) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| DAVID BERGSTROM, | ) | |
| Defendant. | ) | |

This Court found that David Bergstrom shall pay the in personam criminal forfeiture money judgment of $212,362.32, not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 1; Plea Agreement, ECF No. 314; Preliminary Order of Forfeiture, ECF No. 315; Amended Change of Plea, ECF No. 318.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from David Bergstrom the in personam criminal forfeiture money judgment of $212,362.32 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 24th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE