MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
Attorney for DAVID BERGSTROM

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-399-KJD-PAL |
| Plaintiff, | |
| vs. | |
| DAVID BERGSTROM, | |
| Defendant. | |

## ORDER

**IT IS HEREBY ORDERED** That the Revocation Hearing scheduled for Tuesday, March 28, 2017, at the hour of 9:00 a.m., be vacated.

**IT IS FURTHER ORDERED** That the Evidentiary Hearing in the above-captioned matter will be continued to the __18th__ day of __April__, 2017 at the time of __9:00__ a.m.

**DATED** this __24th__ day of __March__, 2017.

_____
HONORABLE KENT J. DAWSON
U.S. DISTRICT COURT JUDGE

- 3 -