MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No. (702) 385-3001
Attorney for DAVID BERGSTROM

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-399-KJD-PAL |
| Plaintiff, | |
| vs. | |
| DAVID BERGSTROM, | |
| Defendant. | |

### RECOMMENDATION

**IT IS HEREBY RECOMMENDED** that the Defendant be admitted into the Residential Drug Abuse Program.

**DATED** this 19th day of April, 2017.

_____
U.S. DISTRICT COURT JUDGE